UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIYAO JIANG,

                        Plaintiff,

            -against-                                    25-CV-3521 (LTS)

CENTRAL GOVERNMENT OF P.R. CHINA;                        ORDER
MINISTRY OF PUBLIC SECURITY OF P.R.
CHINA,

                        Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

        In accordance with Docket Entry No. 97, the Clerk of Court is directed to terminate the

outstanding motions. (ECF 98-100.)

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).

 Dated:    September 16, 2025
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge