UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIYAO JIANG,

              Plaintiff,

        -against-

CENTRAL GOVERNMENT OF P.R. CHINA;
MINISTRY OF PUBLIC SECURITY OF P.R.
CHINA,

             Defendants.

25-CV-3521 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

In accordance with Docket Entry No. 97, the Clerk of Court is directed to terminate the outstanding motions. (ECF 102-109, 111-112, 114-115, 117, 118.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Dated:   December 9, 2025
         New York, New York

                       /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                 Chief United States District Judge