UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIYAO JIANG,

Plaintiff,

-against-

CENTRAL GOVERNMENT OF P.R. CHINA; MINISTRY OF PUBLIC SECURITY OF P.R. CHINA,

Defendants.

25-CV-3521 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

In accordance with Docket Entry No. 97, the Clerk of Court is directed to terminate the outstanding motions. (ECF 120-122.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 23, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge